**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____x
In Re:                                              Chapter 13
Carolyn Wilson                                      Case No. 09-22020(rdd)
_____x

## Order Granting, in Part, Objection to Claim

Upon the objection of the above-captioned debtor, dated February 25, 2009, to the claim of America's Servicing Company (Claim No. 4), the opposition thereto, the record of the hearing thereon before Hon. Adlai Hardin Jr., and the hearing before this Court on July 14, 2009 in respect of the settlement of the proposed order as directed by Judge Hardin, it is

ORDERED that the objection is granted to the extent that claim # 4 is modified and reduced to the amount of $55,470.30


Dated: July 16, 2009
     New York, NY                          /s/Robert D. Drain
                                                            Hon. Robert D Drain
                                                            U.S. Bankruptcy Judge