**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**     Hearing Date: August 25, 2009

-------------------------------------------------x     Chapter 13
In Re                                              Case No. 09-22020
Carolyn Wilson
    Debtor
-------------------------------------------------x

## AFFIRMATION IN OPPOSITION OF MOTION

      I, Joshua N. Bleichman, counsel for the Plaintiffs herein, affirm under penalty of perjury, state that I have knowledge of the following and state the same is true except for those matters stated "upon information and belief" and as to those matters, I believe them to be true.

1. This affirmation is made in opposition to the motion to reconsider the courts decision objecting to the claim made by America's Servicing Company.

2. On or about April 1, 2009, a hearing was held in front of the Honorable Judge Hardin, who Ordered who made a decision that the claim be reduced.

3.. On July 14, 2009, another hearing was held and Honorable Judge Drain also made a decision that the claim should be reduced and he signed an order on July 16, 2009 stating the claim be modified and reduced to $55,470.30

4. The arguments made by opposing counsel on behalf of the creditor should have been properly made at the initial hearing in this matter. The creditors attempt to reargue their case here are merely an attempt to have a third opportunity to litigate a motion that has already been properly decided by two federal bankruptcy judges. To use an analogy from our national pastime only in baseball are there 3 strikes before you are out.

Wherefore, I respectfully request that the motion be denied and that costs be imposed for having to litigate this motion three times and for such other and further relief, as the court deems just and equitable.

Dated: August 24, 2009

        /s/       Joshua N. Bleichman
Joshua N. Bleichman
268 Route 59 West
Spring Valley, NY 10977
(845) 425-2510

CERTIFICATE OF SERVICE

I, Joshua N. Bleichman, affirm under the penalties of perjury that I am not a party to this action and I am over the age of 18 years old. I have offices at 268 West Route 59, Spring Valley, NY 10977. I served the within Affirmation in support of the Settlement order on August 24, 2009, by depositing a true copy thereof by ECF, Fax, or in a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the US Postal Service within the State of New York, first class mail, addressed to:

Steven J Baum, P.C
Attn Natalie A. Grigg        Via Fax
PO Box 1291
Buffalo, NY 14240-1291

Jeffrey Sapir, Ch 13 Trustee by ECF

U.S. Trustees Office by ECF

            /s/  Joshua N. Bleichman
Joshua N. Bleichman