**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
IN RE:

                                                Case No. 09-22020(RDD)

   Carolyn Wilson.

         Debtor                       Chapter 13
----------------------------------------------------------X

## ORDER GRANTING DEBTOR'S OBJECTION TO SECURED CLAIM OF NEW YORK STATE WORKER'S COMPENSATION BOARD

      Upon the objection, dated December 30, 2009, of the above debtor, Carolyn Wilson (the "Debtor"), by her counsel, Joshua N. Bleichman, to the secured claim of the New York State Workers Compensation Board (claim # 5) under 11 U.S.C. § 506(a); and, after due and sufficient notice of the Objection, there being no opposition thereto; and upon the record of the February 4, 2010 hearing on the objection; and good and sufficient cause appearing, it is hereby

      ORDERED that the Objection is granted as provided herein; and it is further

      ORDERED that under 11 U.S.C. § 506(a), the claim of the New York Workers Compensation Board (claim # 5) in the amount of $22,150.00 shall be treated as an unsecured claim. The claims register in this case shall be deemed modified and may be changed to reflect the foregoing. The entry of this Order is without prejudice to the Debtor's right to object to such claim on any other basis.

Dated: White Plains, New York
       February 9, 2010

                                                         /s/Robert D. Drain
                                                    Hon. Robert D. Drain
                                                    U.S. Bankruptcy Judge